**UNITED STATES of America ex rel.
Charles NELSON, #43203,
Appellant,**

v.

**Warren PINTO, Superintendent.**

**No. 17395.**

United States Court of Appeals
Third Circuit.

Submitted on Briefs March 7, 1969.

Decided April 28, 1969.

———◆———

Charles Nelson, pro se.

Robert N. McAllister, Jr., Atlantic
City Prosecutor, Atlantic City, N. J., for
respondent (Ernest M. Curtis, Asst.
Prosecutor, on the brief).

Before KALODNER, FREEDMAN
and SEITZ, Circuit Judges.

OPINION OF THE COURT

PER CURIAM.

The relator, Nelson, is now serving
sentences in a New Jersey prison imposed
following a jury trial in which he was
found guilty on indictments charging
him with rape of a 12-year old girl and
atrocious assault and battery.[1] No ap-
peal was taken from the relator's convic-
tion. He, however, subsequently sought
post-conviction relief in connection with
his rape conviction in the New Jersey
courts, claiming: (1) rape of a 12-year
old girl is not covered by the New Jersey
statute which makes rape of a "woman"
a crime; (2) he was denied his constitu-
tional right of a speedy trial; and (3) er-
roneous admission of medical testimony
at his trial.

The Law Division of the Superior
Court of New Jersey rejected the rela-
tor's contentions and the Appellate Divi-
sion of the Superior Court dismissed his
appeal as frivolous. (Docket No. AM–
219–66, A–1308–66, June 27, 1967). The
relator's petition to appeal as an indigent
to the New Jersey Supreme Court was
treated as a petition for certification and
denied for lack of merit. (M–74, Sept.
Term 1967, Oct 3, 1967).

The instant petition for habeas corpus
relief was then filed in the court below
raising the identical issues presented in
the New Jersey post conviction proceed-
ing. It was denied without rehearing.

On review of the record we are of the
opinion that the instant appeal is frivo-
lous in every respect and does not merit
discussion.

The Order of the District Court deny-
ing the relator's petition for a writ of
habeas corpus will be affirmed.

---

1. The relator was sentenced to a term of
ten to fifteen years on the rape count,
and three to five years on the atrocious
assault and battery count, to be served
concurrently.